# Notice Recipients

District/Off: 0971–4     User: rrombawa     Date Created: 12/21/2020
Case: 20–41932     Form ID: 309A     Total: 98

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Pablo C Estebanez | 4651 James Ave, Castro Valley, CA 94546 |
| jdb | Marina A Ganchegui | 4651 James Ave, Castro Valley, CA 94546 |
| ust | Office of the U.S. Trustee/Oak | Office of the United States Trustee, Phillip J. Burton Federal Building, 450 Golden Gate Ave. 5th Fl., #05–0153, San Francisco, CA 94102 |
| tr | Marlene G. Weinstein | 1511 Sycamore Ave. #M–259, Hercules, CA 94547 |
| intp | Tongju Zhou | PO Box 363, Cupertino, CA 95015–0363 |
| intp | Xuemei Shi | PO Box 363, Cupertino, CA 95015–0363 |
| intp | JHA Investments, Inc. | 4730 S. FOrt Apache Road, Suite 300, Las Vegas, NV 89147 |
| intp | JHA Investments, Inc. | c/o Hermelin Law Firm, Old City Hall Building, 706 Main Street, Suite C, Martinez, CA 94553 |
| intp | LTA Investments | 4651 James Ave, Castro Valley, CA 94546 |
| intp | Mark Dubois | c/o Hermelin Law Firm, Old City Hall Building, 706 Main Street, Suite C, Martinez, CA 94553 |
| intp | Mark Dubois | 5319 Broadway Terrace, Apt 101, Oakland, CA 94605 |
| intp | Outstanding Property Solutions, LLC | 4651 James Ave, Castro Valley, CA 94546 |
| aty | Nathan David Borris | Law Offices of Nathan D. Borris, 1380 A St., Hayward, CA 94541 |
| smg | Labor Commissioner | 1515 Clay St., Room 801, Oakland, CA 94612 |
| smg | State Board of Equalization | Collection Dept., P.O. Box 942879, Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812–2952 |
| 15248190 | 1st United Credit Union | 5901 Gibraltar Drive, Pleasanton, CA 94588 |
| 15248191 | 1st United Credit Union | PO Box 512226, Los Angeles, CA 90051 |
| 15248192 | 1st United Services Credit Union | 5901 Gibraltar Drive, Pleasanton, CA 94588 |
| 15248193 | Adolfo Andrade Medel | 122 Pecks Lane, South San Francisco, CA 94080 |
| 15248194 | Alan Liang | 390 Anna Ave, Mountain View, CA 94043 |
| 15248195 | Alan Liang & David Romanauskas | c/o Ninchani Law Firm, 111 N. Market Street, Suite 300, San Jose, CA 95113 |
| 15248196 | Ally Financial | PO Box 380901, Minneapolis, MN 55438 |
| 15248197 | American Express | PO Box 0001, Los Angeles, CA 90096–8000 |
| 15248198 | Antonia Mambelli | 7788 Coolidge Court, Castro Valley, CA 94552 |
| 15248199 | Banbridge, Inc. | 4101 Dublin Blvd Suite F136, Dublin, CA 94568 |
| 15248201 | Bank of America | PO Box 15019, Wilmington, DE 19886–5019 |
| 15248200 | Bank of America | PO Box 982238, El Paso, TX 79998–2235 |
| 15248202 | Barclays Bank Delware | PO Box 8803, Wilmington, DE 19899 |
| 15248203 | Capital Management Services LP | 698 1/2 South Ogden Street, Buffalo, NY 14206–2317 |
| 15248204 | Cavalry Portfolio Services | PO Box 27288, Tempe, AZ 85285 |
| 15248205 | Citibank | PO Box 6500, Sioux Falls, SD 57117 |
| 15248206 | Citibank | PO Box 6500, Sioux Falls, SD 57117 |
| 15248207 | Credit Control LLC | PO Box 546, Hazelwood, MO 63042 |
| 15248208 | Credit Control LLC | PO Box 546, Hazelwood, MO 63042 |
| 15248209 | David Poulsen | c/o Shannon B. Jones Law Group, Inc., 208 W. El Pintado Road, Danville, CA 94526 |
| 15248210 | David Romanauskas | 905 Sakura Drive, San Jose, CA 95112 |
| 15248211 | Employment Development Department | PO Box 826880, Sacramento, CA 94280–0001 |
| 15248212 | Fairfield Acceptance | 10750 W Charleston, Suite 130, Las Vegas, NV 89135 |
| 15248213 | Fairfield Acceptance | 10750 W Charleston, Suite 130, Las Vegas, NV 89135 |
| 15248214 | Franchise Tax Board | MS AS340, PO Box 2952, Sacramento, CA 95812–2952 |
| 15248215 | Frandzel Robins Bloom & Csato, LC | 1000 Wilshire Blvd, 19th Floor, Los Angeles, CA 90017–2427 |
| 15248216 | Frank C. Chi | c/o Weston Law Group, PC, 1600 South Main Street Suite 370, Walnut Creek, CA 94596 |
| 15248217 | GM Financial | PO Box 181145, Arlington, TX 76096 |
| 15248218 | Heather D. Rubino | 7540 Shoreline Drive, Suite F, Stockton, CA 95219 |
| 15248219 | Home Guard, Inc. | 510 Madera Ave, San Jose, CA 95112 |
| 15248221 | IRA Services Trust Company | PO Box 7080, San Carlos, CA 94070 |
| 15248220 | Internal Revenue Service | PO Box 7346, Philadelphia, PA 19101–7346 |
| 15248223 | JHA Investments, Inc. | 4730 S. FOrt Apache Road, Suite 300, Las Vegas, NV 89147 |
| 15248224 | JHA Investments, Inc. | c/o Hermelin Law Firm, Old City Hall Building, 706 Main Street, Suite C, Martinez, CA 94553 |
| 15248225 | JPMorgan Chase | PO Box 15369, Wilmington, DE 19850 |
| 15248226 | JPMorgan Chase | PO Box 15369, Wilmington, DE 19850 |
| 15248227 | JPMorgan Chase | PO Box 15369, Wilmington, DE 19850 |
| 15248222 | Jamie A. Winning & Roxie C. Winning | 796 Woodside Lane, E Unit 1, Sacramento, CA 95825 |
| 15248228 | Kenneth C. Chi | c/o Weston Law Group, PC, 1600 South Main Street Suite 370, Walnut Creek, CA 94596 |
| 15248232 | LTA Investments | 4651 James Ave, Castro Valley, CA 94546 |
| 15248229 | Lanny James & Edward James | 201 Floribel Ave, San Anselmo, CA 94960 |

| | | | | |
|---|---|---|---|---|
| 15248230 | Laura K. Chi | c/o Weston Law Group, PC | 1600 South Main Street Suite 370 | Walnut Creek, CA 94596 |
| 15248231 | Lisa Trevaskis | 3644 Mona Way | San Jose, CA 95130 | |
| 15248240 | MRS BPO LLC | 1930 Olney Ave | Cherry Hill, NJ 08003 | |
| 15248241 | MRS BPO LLC | 1930 Olney Ave | Cherry Hill, NJ 08003 | |
| 15248234 | Mark Dubois | 5319 Broadway Terrace, Apt 101 | Oakland, CA 94605 | |
| 15248233 | Mark Dubois | c/o Hermelin Law Firm | Old City Hall Building | 706 Main Street, Suite C  Martinez, CA 94553 |
| 15248235 | Melba Kalthof | 32647 Lake Mead Drive | Fremont, CA 94555 | |
| 15248236 | Michael & Associates, PC | 555 St. Charles Drive | Thousand Oaks, CA 91360 | |
| 15248237 | Midland Credit Management | 320 E Big River Road Suite 300 | Troy, MI 48083 | |
| 15248238 | Midland Credit Management | 350 Camino de la Reina, Suite 100 | San Diego, CA 92108 | |
| 15248239 | Midland Credit Management | PO Box 939069 | San Diego, CA 92193 | |
| 15248242 | Nair & Levin PC | 707 Bloomfield Ave | Bloomfield, CT 06002 | |
| 15248243 | National Enterprise Systems | 2479 Edison Blvd, Unit A | Twinsburg, OH 44087–2340 | |
| 15248244 | Outstanding Property Solutions, LLC | 4651 James Ave | Castro Valley, CA 94546 | |
| 15248245 | Outstanding Property Solutions, LLC | 4651 James Ave | Castro Valley, CA 94546 | |
| 15248246 | Outstanding Property Solutions, LLC | 4651 James Ave | Castro Valley, CA 94546 | |
| 15248247 | Outstanding Property Solutions, LLC | 4651 James Ave | Castro Valley, CA 94546 | |
| 15248248 | Outstanding Property Solutions, LLC | 4651 James Ave | Castro Valley, CA 94546 | |
| 15248249 | Outstanding Property Solutions, LLC | 4651 James Ave | Castro Valley, CA 94546 | |
| 15248250 | Outstanding Property Solutions, LLC | 4651 James Ave | Castro Valley, CA 94546 | |
| 15248251 | Outstanding Property Solutions, LLC | 4651 James Ave | Castro Valley, CA 94546 | |
| 15248252 | Outstanding Property Solutions, LLC | 4651 James Ave | Castro Valley, CA 94546 | |
| 15248253 | Outstanding Property Solutions, LLC | 4651 James Ave | Castro Valley, CA 94546 | |
| 15248254 | Outstanding Property Solutions, LLC | 4651 James Ave | Castro Valley, CA 94546 | |
| 15248255 | Performant Recovery | PO Box 9045 | Pleasanton, CA 94566 | |
| 15248256 | Phillip Agee | 450 Hayes Street | San Francisco, CA 94102 | |
| 15248257 | Pivotal Capital Group II, LLC | 111 Corporate Drive Suite 270 | Ladera Ranch, CA 92694 | |
| 15248258 | Ridgeline Engineering | 2522 Grand Canal Blvd Suite 14 | Stockton, CA 95207 | |
| 15248259 | Self Directed IRA Services, Inc. | FBO Marilyn Benefiel | 1699 S. Springer Road | Mountain View, CA 94040 |
| 15248260 | Shannon B. Jones Law Group, Inc. | 208 W. El Pintado Road | Danville, CA 94526 | |
| 15248261 | Shirley Tang | 1633 Ark Street | San Mateo, CA 94403 | |
| 15248262 | Strata Trust Company | PO Box 23149 | Waco, TX 76702–3149 | |
| 15248263 | Synchrony Bank | PO Box 965005 | Orlando, FL 32896 | |
| 15248264 | Synchrony Bank – PayPal Credit | PO Box 965005 | Orlando, FL 32896 | |
| 15248266 | TCGSF, Inc. dba Keller Williams | 2701 Ocean Park Blvd, Suite 150 | Santa Monica, CA 90405 | |
| 15248265 | Tatsiana Kurtsou | 6282 Bothekk Circle | San Jose, CA 95123 | |
| 15248267 | Wells Fargo Card Service | PO Box 14517 | Des Moines, IA 50306 | |
| 15248268 | Worry3 Home Solutions, LLC | 204 E 2nd Avenue, Suite 828 | San Mateo, CA 94401 | |
| 15248269 | Wyndham Vacation Resorts, Inc. | PO Box 96204 | Las Vegas, NV 89193–6204 | |
| 15248270 | Wyndham Vacation Resorts, Inc. | PO Box 96204 | Las Vegas, NV 89193–6204 | |

TOTAL: 98